# ELECTRONIC RECORD

**648-15**

COA # 12-13-00330-CR          OFFENSE: 29.03

STYLE: Timothy Dewayne Pullins v. The State of Texas          COUNTY: Smith

COA DISPOSITION:          AFFIRMED          TRIAL COURT: 7th District Court

DATE: 5/6/2015          Publish: NO          TC CASE #: 007-0509-13

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Timothy Dewayne Pullins v. The State of Texas          CCA #: **648-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 11/24/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**